JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:  (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendant, Progressive Direct Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUSANA TAIT,<br><br>                                   Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>                                   Defendants. | Case No: 2:21-02205-JCM-BNW<br><br>**STIPULATION AND ORDER FOR REMAND TO STATE COURT** |

IT IS HEREBY STIPULATED by and between Plaintiff, SUSANA TAIT, by and through her attorney of record, ROBERT E. MARSHALL, ESQ. of MARSHALL LAW OFFICE and Defendant, PROGRESSIVE DIRECT INSURANCE COMPANY, by and through its attorney, JENNIFER INSLEY MICHERI, ESQ., of the law firm of DENNETT WINSPEAR, LLP, that this matter be remanded, by agreement, for resolution of the contractual claims to Nevada State Court - the Plaintiff has not, and does not, contemplate any allegations of any extra-contractual claims in the within matter.

The parties are remanding the within matter to Nevada State Court and into the Nevada State Court-Annexed Arbitration Program for resolution of the dispute presented herein, with a jurisdictional limit of $50,000.00.

Both sides acknowledge that each side will bear their own attorneys' fees and costs as it relates to the litigation thus far completed, and that further orders and decisions shall be entered and effective through the Nevada State Court upon remand.

DATED: 12/29/2021

**MARSHALL LAW OFFICE**

By_____
ROBERT E. MARSHALL, ESQ.
Nevada Bar No. 4327
625 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: 702-474-0100
*Attorney for Plaintiff,*
*Susana Tait*

DATED: 1/3/22

**DENNETT WINSPEAR, LLP**

By_____ #11602
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 10089
3301 North Buffalo Dr., #195
Las Vegas, Nevada 89129
Telephone: 702-839-1100
*Attorneys for Defendant, Progressive*
*Direct Insurance Company*

### ORDER

Good cause appearing therefore, IT IS SO ORDERED.

DATED: January 26, 2022

_____
UNITED STATES DISTRICT JUDGE

2